# Third District Court of Appeal
## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D2025-1739
Lower Tribunal No. F10-14585

————————————

**Julian Gonzalez,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Julian Gonzalez, in proper person.

James Uthmeier, Attorney General, and David Llanes, Assistant Attorney General, for appellee.

Before LINDSEY, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Ratliff v. State, 914 So. 2d 938, 940 (Fla. 2005) ("[T]he Legislature, by prescribing a sentence of life imprisonment, intends that the defendant remain in prison for the rest of his life.  The term 'life' is sufficiently definite so that it can be understood and applied.  See State v. Wershow, 343 So. 2d 605 (Fla. 1977).  There is nothing indefinite about such a sentence.").